ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Gulf Building, Hernandez Consulting | ) ASBCA Nos. 64051, 64052, 64229 |
|   a Joint Venture, LLC | ) |
| | ) |
| Under Contract No. N69450-14-D-1274 | ) |

APPEARANCES FOR THE APPELLANT:     Richard G. Mann, Jr., Esq.
                                             Jonathan R. Wright, Esq.
                                             Robert Cimmino, Esq.
                                              Watt, Tieder, Hoffar & Fitzgerald LLP
                                               McLean, VA

APPEARANCES FOR THE GOVERNMENT:     Allison M. McDade, Esq.
                                               Navy Chief Trial Attorney
                                           Anthony Hicks, Esq.
                                              Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  February 10, 2026

_____
OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 64051, 64052, 64229, Appeals of Gulf Building, Hernandez Consulting a Joint Venture, LLC, rendered in conformance with the Board's Charter.

Dated:  February 10, 2026

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals